IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02195-MSK-KLM

JAH IP HOLDINGS, LLC, and
JH INVESTMENTS, LLC,

    Plaintiffs/Counterclaim Defendants

v.

DELLA PAROLA HOLDING COMPANY, LLC,

    Defendant, and

DAVID MASCIO,
NARDI CAPITALE, LLC, and
DELLA PAROLA CAPITAL RESEARCH, LLC,

    Defendants/Counterclaim Plaintiffs

v.

JASON HALL,

    Counterclaim Defendant.

_____

JASON HALL,

    Counterclaim Plaintiff/Third-Party Plaintiff,

v.

DAVID MASCIO, and
DELLA PAROLA CAPITAL RESEARCH, LLC,

    Counterclaim Defendants,

and

SHAWN DUNNIGEN,

    Third-Party Defendant.

1

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Jason Hall's ("Hall") **Motion For Revised Scheduling Order** [#60][1] (the "Motion"). In the Motion, Hall asks the Court to schedule a new Scheduling Conference and to order the parties to file a proposed Amended Scheduling Order. *Motion* [#60] at 4. However, he does not provide the legal standard for his requested relief, nor does he provide any legal analysis to support his position. Among other things, D.C.COLO.LCivR 7.1(d) states:

> Excluding motions filed under Fed. R. Civ. P. 56 or 65, a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion.

D.C.COLO.LCivR 7.1(d).  Hall's bald assertions that he should have an opportunity to conduct discovery and to file a dispositive motion are insufficient to meet the requirements of this rule.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#60] is **DENIED without prejudice**.

Dated:  September 4, 2014

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.