IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02195-MSK-KLM

JAH IP HOLDINGS, LLC; and
JH INVESTMENTS, LLC,

    Plaintiffs - Counterclaim Defendants,

v.

DAVID MASCIO;
NARDI CAPITALE, LLC;
DELLA PAROLA CAPITAL RESEARCH, LLC; and
DELLA PAROLA HOLDING COMPANY, LLC,

    Defendants – Counterclaim Plaintiffs,

-------
and
-------

DAVID MASCIO;
NARDI CAPITALE, LLC;
DELLA PAROLA CAPITAL RESEARCH, LLC; and
DELLA PAROLA HOLDING COMPANY, LLC,

    Third-Party Plaintiffs,

v.

JASON HALL,

    Third-Party Defendant,

-------
and
-------

JASON HALL,

    Third-Party Plaintiff,

v.

**SHAWN DUNNIGAN,**

    **Third-Party Defendant.**

---

## JUDGMENT
---

PURSUANT TO the Court's November 18, 2014 Opinion and Order Granting, In Part, Motion for Summary Judgment and Dismissing Remaining Claims for Lack of Subject-Matter Jurisdiction, judgment is hereby entered in favor of the Defendants David Mascio; Nardi Capitale LLC; Della Parola Capital Research, LLC; and Della Parola Holding Company, LLC, and against the Plaintiffs, JAH IP Holdings, LLC; and JH Investments, LLC, on the Plaintiffs' claims of copyright infringement, and on the Defendants' counterclaim for a declaratory judgment that the "Tau Software" was created as a "work for hire" by Mr. Hall in his capacity as an employee of Della Parola Capital Research, LLC. The Defendants are awarded their costs pursuant to Fed. R. Civ. P. 54(d)(1).

Dated this 18th day of November, 2014.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        Chief United States District Judge